Yvonne W. GIPSON, Plaintiff-Appellant,

v.

Thomas P. DORE, Esq., As Substitute Trustee for GSAA Home Equity Trust 2005-15; Mark S. Devan, Esq., As Substitute Trustee for GSAA Home Equity Trust 2005-15; Gerard F. Miles, Jr. Esq., As Substitute Trustee for GSAA Home Equity Trust 2005-15; Shannon Menapace, Esq., As Substitute Trustee for GSAA Home Equity Trust 2005-15;

Erin Gloth, Esq., As Substitute Trustee for GSAA Home Equity Trust 2005-15; Covahey, Boozer, Devan & Dore, P.A., As Attorneys for GSAA Home Equity Trust 2005-15; Alba Law Group, P.A., As Attorneys for GSAA Home Equity Trust 2005-15; Goldman, Sachs & Co. Limited Partnership, a/k/a Goldman Sachs & Co.; Goldman Sachs Alt a Home Equity Trust 2005-15, GSAA Home Equity Trust 2005-15, As Securitized Trust Issuing Entity and Foreclosing Entity, HSBC Bank USA, National Association, Trustee & Goldman Sachs & Co. Limited Partnership, a/k/a Goldman Sachs & Co.; HSBC Bank USA, National Association, As Trustee for GSAA Home Equity Trust 2005-15; Wells Fargo Bank, N.A., As for Master Servicer for GSAA Home Equity Trust 2005-15; PNC Financial Services Group, Inc., As Servicer For GSAA Home Equity Trust 2005-15, As Servicer For National City Bank, a/k/a PNC, a/k/a PNC Bank, other As Successor In Interest to National City Mortgage Company's Servicing Rights other As Successor in Interest to National City Corporation other As Successor In Interest to National City Bank based in Ohio other As Successor In Interest to National City Bank of Indiana other As Successor In Interest to National City Mortgage Company A Subsidiary of National Bank of Indiana other As Successor In Interest to AccuBanc A division of National Bank of Indiana, Defendants-Appellees.

No. 15-2591

United States Court of Appeals, Fourth Circuit.

Submitted: October 28, 2016

Decided: November 21, 2016

Yvonne W. Gipson, Appellant Pro Se. Alvin Frederick, Lauren Elizabeth Marini, Eccleston & Wolf, PC, Hanover, Maryland; Laurie Beth Goon, Duane Morris, LLP, Baltimore, Maryland; Brett Lawrence Messinger, Duane Morris, LLP, Philadelphia, Pennsylvania; Daniel J. Tobin, Ballad Spahr, LLP, Washington, D.C., for Appellees.

Before WYNN, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yvonne W. Gipson appeals the district court's order dismissing her complaint pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED